COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS




IN RE: GUY KENERSON,


 Relator.
 §


 


§


 


§


 


§


 


§


 


 § 


No. 08-10-00054-CR


 

AN ORIGINAL PROCEEDING 


IN MANDAMUS







MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS


 Guy Kenerson, pro se, has filed a petition for writ of mandamus requesting this Court
compel the Clerk of Court for the Criminal District Court No. 1, of El Paso County to respond to
his applications for writs of mandamus, and to, "transmit copies of the warrants and affidavits
pertaining to Relator's arrest . . . ."

 This Court does not have authority to issue a writ of mandamus against the Respondent in
this case. See Tex. Gov't Code Ann. § 22.221(b)(Vernon 2004). Therefore, the mandamus
relief requested is denied.


 GUADALUPE RIVERA, Justice

March 10, 2010


Before Chew, C.J., McClure, and Rivera, JJ.


(Do Not Publish)